1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4
   Attorneys for Plaintiff
5

6              IN THE UNITED STATES DISTRICT COURT

7              EASTERN DISTRICT OF CALIFORNIA

8
   SAMMIE D. HERNANDEZ          )    Case No. 12-2150 KJN
9  xxx-xx-7965                  )
                                )
10                              )    STIPULATION AND
                                )    ORDER EXTENDING PLAINTIFF'S
11         Plaintiff,           )    TIME TO FILE SUMMARY
                                )    JUDGEMENT MOTION
12 v.                           )
                                )
13 CAROLYN W. COLVIN            )
14 Acting Commissioner of Social Security )
   of the United States of America, )
15                              )
16         Defendant.           )
17                              )
                                )
18

19     IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

20 Plaintiff's time to file her summary judgment motion is hereby extended from July 1, 2013, to

21 August 1, 2013. Plaintiff's counsel has three other briefs due within the same seven day period and

22 needs to extend the due date for this summary judgment motion. This is Plaintiff's first requested

23 extension on this case.

24 / / / /

25
   / / / /
26
27 / / / /

28

| | | |
|---|---|---|
| 1 | Dated: June 28, 2013 | /s/Bess M. Brewer |
| 2 | | BESS M. BREWER |
| | | Attorney at Law |
| 3 | | Attorney for Plaintiff |

Dated: June 28, 2013

Benjamin B. Wagner
United States Attorney
Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/Cynthia De Nardi
CYNTHIA DE NARDI

Special Assistant United States Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: July 1, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE