1  BENJAMIN B.WAGNER
   United States Attorney
2  DONNA L. CALVERT
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  CYNTHIA B. DE NARDI, CSBN 256770
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
6       San Francisco, California 94105-2102
        Telephone: (415) 977-8961
7       Facsimile: (415) 744-0134
        Email: cynthia.denardi@ssa.gov
8
9  Attorneys for Defendant

10

11                  **UNITED STATES DISTRICT COURT**
                    **EASTERN DISTRICT OF CALIFORNIA**
12                        **SACRAMENTO DIVISION**

13

14  SAMMIE D. HERNANDEZ,            ) Case No. 2:12-cv-2150-KJN
                                    )
15         Plaintiff,                ) STIPULATION AND ORDER EXTENDING
                                    ) DEFENDANT'S TIME TO FILE
16         v.                        ) SUMMARY JUDGMENT MOTION
                                    )
17  CAROLYN W. COLVIN,               )
    Acting Commissioner of Social Security, )
18                                  )
                                    )
19         Defendant.                )
                                    )
20  _____)

21         IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

22  Defendant's time to file her motion for summary judgment is extended from August 30, 2013 to

23  September 30, 2013.  Defendant's counsel has four other briefs due within the same five-day

24  period, and must produce voluminous discovery by the final discovery deadline in an EEOC case

25  during the same period.  This is Defendant's first request for an extension.

26  //

27  //

28  //

                                           1

Stipulation, 2:12-cv-2150-KJN

| | | |
|---|---|---|
| 1 | DATE: August 20, 2013 | /s/Bess M. Brewer* |
| 2 | | BESS M. BREWER |
| | | (*by email authorization 8/20/13) |
| 3 | | Attorney at Law |
| 4 | | Attorney for Plaintiff |
| 5 | DATE: August 20, 2013 | BENJAMIN B. WAGNER |
| 6 | | United States Attorney |
| 7 | By: | /s/ Cynthia B. De Nardi |
| | | CYNTHIA B. DE NARDI |
| 8 | | Special Assistant United States Attorney |
| 9 | | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

Dated:  August 26, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2

Stipulation, 2:12-cv-2150-KJN