BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105-2102
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| SAMMIE D. HERNANDEZ, | Case No. 2:12-cv-2150-KJN |
| Plaintiff, | STIPULATION AND ORDER FOR SECOND EXTENSION OF DEFENDANT'S TIME TO FILE SUMMARY JUDGMENT MOTION |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Defendant's time to file her motion for summary judgment is extended from October 24, 2013, to November 25, 2013.

    On October 2, 2013, the Court granted Defendant's application for a stay of the proceedings due to a lapse in Congressional appropriations to the Federal government (Doc. 20). Funds were appropriated effective October 17, 2013. The Court indicated that Defendant's motion for summary judgment would be due 7 days after appropriations to the Federal Government were restored, thus October 24, 2013. The Court also indicated that it might consider an additional extension of time, if necessary (Doc. 20). As a result of the numerous

1

Stipulation, 2:12-cv-2150-KJN

federal district court cases for which stays were granted during the lapse in appropriations, the undersigned currently has five other briefs due within the same five-day period in federal district court.  In addition, the undersigned was incapacitated due to illness from October 18, 2013 to October 22, 2013, which impacts her ability to timely meet the deadline in this case. This is Defendant's second request for an extension.

DATE: October 24, 2013  /s/Bess M. Brewer*
BESS M. BREWER
(*by email authorization 10/24/13)
Attorney at Law

Attorney for Plaintiff

DATE: October 23, 2013  BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Cynthia B. De Nardi
CYNTHIA B. DE NARDI
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated:  October 25, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2

Stipulation, 2:12-cv-2150-KJN