UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMIE D. HERNANDEZ, | No. 2:12-cv-2150-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The parties have stipulated to an extension of time for plaintiff to file her reply brief from December 16, 2013, to January 7, 2014, in light of plaintiff's counsel's impacted briefing schedule in December.  (ECF No. 24.)

The court approves the parties' stipulation.  Plaintiff shall file any reply brief no later than January 7, 2014, after which the case will be submitted on the record and briefing.

IT IS SO ORDERED.

Dated:  December 18, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1